LANDER, County Treasurer, v. NATIONAL CITY BANK OF CLEVELAND, OHIO. SAME v. COMMERCIAL NAT. BANK OF CLEVELAND, OHIO. SAME v. PARK NAT. BANK OF CLEVELAND, OHIO. SAME v. FIRST NAT. BANK OF CLEVELAND, OHIO. SAME v. UNION NAT. BANK OF CLEVELAND, OHIO. SAME v. CLEVELAND BANK. SAME v. NATIONAL BANK OF COMMERCE OF CLEVELAND, OHIO. SAME v. CENTRAL NAT. BANK OF CLEVELAND, OHIO. SAME v. EUCLID AVE. NAT. BANK OF CLEVELAND, OHIO. SAME v. STATE NAT. BANK

OF CLEVELAND, OHIO. SAME v. WESTERN RESERVE BANK OF CLEVELAND, OHIO. (Circuit Court of Appeals, Sixth Circuit. November 5, 1902.) Nos. 1,049–1,059. Appeal from the Circuit Court of the United States for the Northern District of Ohio. P. H. Kaiser and A. B. Benedict, for appellant. E. S. Cook, for appellees Central Nat. Bank and Euclid Ave. Nat. Bank. A. C. Dustin, for appellee Western Reserve Bank. W. H. Boynton and Norton T. Horr, for other appellees. No opinion. Affirmed.